UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER FUNG-SCHWARTZ, DPM, LLC, et al.,

        Plaintiffs,

  -against-

CERNER CORPORATION, et al.,

        Defendants.



17-CV-233 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing national public health emergency, the discovery status conference scheduled for **April 2, 2020, at 11:30 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       March 19, 2020

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**