UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER FUNG-SCHWARTZ, et al.,

    Plaintiffs,

-against-

CERNER CORPORATION, et al.,

    Defendants.

17-CV-0233 (VSB) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2020

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during the April 2, 2020 telephonic conference, Judge Moses will conduct a further telephonic status conference on **May 11, 2020, at 10:00 a.m.** At that time, counsel are directed to call the Court's conference line **(888) 557-8511** and enter the access code **7746387**.

    Prior to the conference, the parties are to meet and confer (remotely) in good faith regarding any discovery or scheduling disputes. No later than **May 6, 2020**, the parties shall submit a joint letter updating the Court on the progress of written discovery to date, identifying any disputes that require judicial resolution, and proposing a schedule for deposition discovery. In the event of disputes requiring judicial resolution, the joint letter shall succinctly state the parties' respective positions, without extended argument, and shall include, as attachments, copies of the disputed discovery demands and/or responses, in compliance with Moses Indiv. Prac. § 2(b). It is the intention of the Court to decide any such disputes at the May 6 conference, based upon the joint letter and such argument as may be presented at the conference.

Dated: New York, New York
      April 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**