

# Elizabeth Shieldkret
Attorney at Law

67-20 Exeter Street
Forest Hills, NY 11375

Phone: (718) 997-0290
Fax: (718) 997-0291

Email: es@eshieldkret.com
Web: www.eshieldkret.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2020
```

July 24, 2020

**MEMO ENDORSED**

By ECF
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Fung-Schwartz v. Cerner*, 17 Civ. 233 (VSB)(BCM)

Dear Magistrate Judge Moses:

I represent the Plaintiffs in the above-captioned matter. We concurrently file a letter motion to, *inter alia*, require Defendants to produce unredacted versions of certain documents. We provide the Court with an example, which Cerner has designated Confidential under the protective order in this action. We do not believe the redacted version should be filed under seal. However, we respectfully request the document be sealed until Defendants have had an opportunity to make their showing to the Court.

                            Respectfully submitted,

                            /s/ Elizabeth Shieldkret

                            Elizabeth Shieldkret

Enclosure (Filed Under Seal)

---

Application DENIED without prejudice to refiling in compliance with § 6 of the SDNY Electronic Case Filing Rules & Instructions. The Court notes that the example document, which plaintiffs wish the Court to review, has not been filed under seal (or at all). SO ORDERED.

*/s/ Barbara Moses*

Barbara Moses, U.S.M.J.
July 28, 2020