UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    :
JENNIFER FUNG-SCHWARTZ, MD, et al.,  :
    :
                  Plaintiffs,  :
    :    17-CV-233 (VSB)
      - against -  :
    :    **ORDER**
CERNER CORPORATION, et al.,  :
    :
                  Defendants.  :
    :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2021

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of Plaintiffs' letter motion "request[ing] permission to file four of Defendants' documents under seal to give Defendants an opportunity to justify their requested sealing to the Court." (Doc. 161.) At the time of this letter, it does not appear that Defendants had requested to file any documents under seal. Plaintiffs' request is therefore deemed moot. Thereafter, on April 7, 2021, Defendants filed a request to file certain documents associated with their opposition to Plaintiffs' motion for summary judgment under seal. (Doc. 167.) Given that some time has passed and due to the unorthodox approach used by Plaintiffs, Plaintiffs are directed to file a letter by on or before October 8, 2021 detailing whether they object to the 7 exhibits submitted in conjunction with Defendants' April 7, 2021 motion, (*see* Doc. 168), being filed under seal. If Plaintiffs do object, they should detail their grounds for doing so. Accordingly, it is hereby:

    ORDERED that by on or before October 8, 2021, Plaintiffs submit a letter, no longer than two pages, indicating whether they object to Defendants filing the exhibits attached to Docket Entry 168 under seal.

The Clerk of Court is respectfully directed to terminate the gavel pending at Docket Entry 161.

SO ORDERED.

Dated: October 5, 2021
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge