UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JENNIFER FUNG-SCHWARTZ, MD, et al.,   :
:
               Plaintiffs,   :
:   17-CV-233 (VSB)
    -against-   :
:   **ORDER**
CERNER CORPORATION, et al.,   :
:
              Defendants.   :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Defendants' motion to unseal Exhibits B-D, E, I, and K–N.  (Doc. 179.) In light of my Opinion & Order dated October 12, 2021, (Doc. 178), the motion is HEREBY GRANTED.  The Clerk's Office is respectfully directed to unseal the exhibits at docket number 168.

SO ORDERED.

Dated: October 21, 2021
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge