```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
JENNIFER FUNG-SCHWARTZ, DPM and                       :
JENNIFER FUNG-SCHWARTZ DPM, LLC,                      :
                                                      :
                         Plaintiffs,                  :        17-CV-233 (VSB)
                                                      :
              -against-                               :        ORDER
                                                      :
CERNER CORPORATION and CERNER                         :
HEALTHCARE SOLUTIONSN INC.,                           :
                                                      :
                         Defendants.                  :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 12, 2023, I entered an Opinion and Order denying Plaintiffs' motion for summary judgment. (Doc. 182.) No timely motion for reconsideration has been filed. Accordingly, it is hereby

ORDERED that the parties meet and confer and file a joint letter on or before November 9, 2023. In the joint letter, the parties should (1) propose dates for a telephonic post-discovery conference, (2) propose available trial dates beginning in or after June 2024, (3) propose a schedule for submission of a joint pretrial order and motions in limine, and (4) indicate whether they wish to be referred to a magistrate judge for settlement.

SO ORDERED.

Dated: October 27, 2023
       New York, New York

_____
Vernon S. Broderick
United States District Judge