UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                               :

JENNIFER FUNG-SCHWARTZ, DPM and   :
JENNIFER FUNG-SCHWARTZ DPM, LLC,  :
                               :

                Plaintiffs,   :         17-CV-233 (VSB)
                               :

          -against-        :         __ORDER__
                               :

CERNER CORPORATION and CERNER    :
HEALTHCARE SOLUTIONSN INC.,      :
                               :

                Defendants.  :
--------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

      On December 15, 2023, I held a post-discovery conference in this case.  For the reasons

stated on the record during the conference, it is hereby:

      ORDERED that on or before January 5, 2024, the parties shall submit a joint-letter

informing the Court:  (i) whether the parties are available for trial starting on October 15, 2024;

(ii) in light of the proposed trial start-date, whether the parties have agreed to a revised schedule

for pre-trial submissions amending the schedule as set forth in my November 22, 2023 order,

(Doc. 185); and (iii) if a *Daubert* hearing is necessary, the parties' positions as to whether the

hearing should be conducted remotely via Microsoft Teams.

SO ORDERED.

Dated:  December 15, 2023
       New York, New York

                              Vernon S. Broderick
                              United States District Judge