UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                           :

JENNIFER FUNG-SCHWARTZ, DPM and  :
JENNIFER FUNG-SCHWARTZ DPM, LLC,  :
                                                                           :
                               Plaintiffs,        :         17-CV-233 (VSB)
                                                                           :
                            -against-          :          **ORDER**
                                                                            :
CERNER CORPORATION and CERNER      :
HEALTHCARE SOLUTIONSN INC.,           :
                                                                           :
                               Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Trial is scheduled to begin in this matter on Tuesday, October 15, 2024 at 10:00 A.M., with jury selection to begin that same day. A final pre-trial conference will be held on Tuesday, October 8, 2024 at 11:00 A.M. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  August 5, 2024
         New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge